FILED

April 24, 2007

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. 1:07-MJ-00082 SMS |
| Plaintiff, ) | |
| v.                             ) | ORDER FOR RELEASE OF |
| ) | PERSON IN CUSTODY |
| BRIAN KEITH CASTLE , ) | |
| ) | |
| Defendant.          ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  BRIAN KEITH CASTLE , Case No.  1:07-

MJ-00082 SMS  , Charge  Title 18 USC § 641  , from custody subject to the conditions contained

in the attached "Notice to Defendant Being Released" and for the following reasons:

___   Release on Personal Recognizance

X   Bail Posted in the Sum of $  10,000 °°

     X   Unsecured Appearance Bond

___   Appearance Bond with 10% Deposit

___   Appearance Bond with Surety

___   Corporate Surety Bail Bond

X   (Other)   Surrender Passport by 5/10/07
in Fresno.

This release order is not effective until the date defendant has signed and understands the

attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on   April 24, 2007  at   2:25  pm .

By   Dale A. Drozd

Dale A. Drozd
United States Magistrate Judge