DANIEL J. BRODERICK, #89424
Federal Defender
MARC DAYS, Bar #184098
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
BRIAN KEITH CASTLE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 1:07-MJ-00082 SMS |
| Plaintiff, | ORDER FOR RELEASE OF PASSPORT |
| v. | |
| BRIAN KEITH CASTLE, | Judge: Hon. Dennis L. Beck |
| Defendant. | |

On April 24, 2007, as a condition of release in the above-entitled action, Mr. Castle was ordered to surrender possession of his passport to the Clerk of the Court. (Dkt. #3). The passport was surrendered by Mr. Castle and received by the Court on May 10, 2007. (Dkt. #11).

On July 5, 2007, Mr. Castle entered a guilty plea and was sentenced to one year unsupervised probation and ordered to pay a fine and special assessment. The Court further ordered return of Mr. Castle's passport. (Dkt. #15).

///

///

///

///

///

1  Mr. Castle hereby requests, in order to receive his passport, a written order for the return of his
2  passport, and, due to the time and distance involved in traveling to Fresno to obtain the passport because
3  he resides in Santa Barbara, California, he further requests that the passport be released and provided to
4  defendant's counsel herein.

5  Dated: July 9, 2007

6  Respectfully submitted,

7  DANIEL J. BRODERICK
   Federal Defender

9   /s/   Marc Days
10  MARC DAYS
    Assistant Federal Defender
    Attorney for Defendant
11  BRIAN KEITH CASTLE

### [PROPOSED] ORDER

**IT IS HEREBY ORDERED** that the Clerk's Office immediately return to Brian Keith Castle the passport which was surrendered by him in this case on May 10, 2007 (Docket Item No. 11), as a condition of his pretrial release. The passport is to be provided to defendant's counsel.

IT IS SO ORDERED.

Dated:   **August 24, 2007**            /s/ **Dennis L. Beck**
                                        UNITED STATES MAGISTRATE JUDGE